1  RICHARD DOYLE, City Attorney (88625)
   NORA FRIMANN, Assistant City Attorney (93249)
2  CLIFFORD GREENBERG, Sr. Deputy City Attorney (122612)
   STEVEN B. DIPPELL, Sr. Deputy City Attorney (121217)
3  Office of the City Attorney
   200 East Santa Clara Street, 16th Floor
4  San José, California  95113-1905
   Telephone Number: (408) 535-1900
5  Facsimile Number:  (408) 998-3131
   E-Mail Address:  cao.main@sanjoseca.gov
6
7  Attorneys for Defendant, CITY OF SAN JOSE, et al.

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12  N. R., a minor, et. al.                Case Number:  CV12-04322 EJD

13             Plaintiff(s),              **STIPULATION AND [PROPOSED]
                                          ORDER MODIFYING DEADLINE TO
14        v.                              HOLD EARLY NEUTRAL
                                          EVALUATION**
15  SCOTT HARRIS, a San Jose police
    officer; SERGEANT DAVIS, a San Jose
16  police officer; SERGEANT GRANT, a San
    Jose police officer; LEIUTENANT
17  WEGER, a San Jose police officer;
    ROBERT DAVIS, individually and in his
18  capacity as Chief of Police, et al.,

19             Defendant(s).

20        Plaintiffs and Defendants in the above entitled matter hereby stipulate, and jointly

21  request that the Court extend the deadline to hold an Early Neutral Evaluation to May 31,

22  2013.  In support of this stipulation, the parties hereby submit the following as good cause

23  for granting this request:

24        1.    The documents material to this dispute largely involve police reports relating

25  to incidents involving minors.  As such, those reports are considered "juvenile records"

26  under the Welfare and Institutions Code and cannot be disclosed absent an Order from

27

28

                                         1

1   the Juvenile Court or consent from the parents of the juveniles.  Therefore, Defendants
2   have not yet disclosed the material documents.

3       2.      The parties are attempting to obtain consent from the necessary parties.  In
4   the absence of consent, a Petition and Order from the juvenile court will be sought.  Either
5   way, the actual disclosure of documents will take some time and will not allow for
6   completion of the Early Neutral Evaluation before March 19, 2013, the current deadline.

7       3.      In addition, due to various other conflicts, including scheduled trials, after
8   disclosure of the material documents, the parties are unable to hold the Early Neutral
9   Evaluation until May 31, 2013.

10      4.      Given the fact that the postponement of the Early Neutral Evaluation would
11  not delay the deadlines in this matter set by the Court, and for the reasons set forth
12  herein, the parties submit that good cause exists for the extension of the ADR deadline.

13      Accordingly, the parties hereby jointly request that the Court extend the deadline to
14  complete the Early Neutral Evaluation to May 31, 2013.

15

16  Dated:  March 6, 2013
                            By:   /s/ Anthony Boskovich
17                                ANTHONY BOSKOVICH

18                          Attorney for Plaintiff, N.R., a minor

19

20                          RICHARD DOYLE, City Attorney

21

22  Dated:  March 6, 2013
                            By:    /s/ Clifford Greenberg
23                                CLIFFORD GREENBERG
                                  Sr. Deputy City Attorney

24                          Attorney for Defendants, CITY OF SAN JOSE,
                            OFFICER SCOTT HARRIS, SERGEANT
25                          DAVIS; SERGEANT GRANT, LEIUTENANT
                            WEGER, and FORMER POLICE CHIEF
26                          ROBERT DAVIS

27

28

2

1

## ORDER

2       Based upon the Stipulation of the parties, and good cause appearing therefore, the

3   Court hereby extends the deadline to hold an Early Neutral Evaluation in this case to

4   May 31, 2013.

5       **IT IS SO ORDERED.**

6

7   Dated: _____3/7/2013_____          _____

8                                                            HONORABLE EDWARD J. DAVILA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER MODIFYING          Case NO. CV12-04322 EJD
DEADLINE TO HOLD EARLY NEUTRAL EVALUATION
                                                                    952687