UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

N.R., et al.,
      Plaintiffs,

    v.

SCOTT HARRIS, et al.,
      Defendants.
_____/

No. C 12-5811 EJD

**ORDER RE: ATTENDANCE AT ENE**

Date:     May 29, 2013
Evaluator: Michael Sorgen

     IT IS HEREBY ORDERED that the request for named defendants Lt. Richard Weger, Sgt. Doug Grant, Sgt. Ken Davis, Chief of Police (Ret.) Rob Davis and Chief of Police (Ret.) Chris Moore to be excused from personally attending the May 29, 2013, ENE session before Michael Sorgen is DENIED. While requiring each of the defendants to appear at the session, particularly those individuals who have retired from the police force, may be inconvenient, the court does not find this inconvenience 'extraordinary or otherwise unjustifiable hardship' as set forth in ADR L.R. 5-10(d). Accordingly, the request is DENIED and all of the defendants shall appear in person at the ENE.

     IT IS SO ORDERED.

May 24, 2013
Dated

By: _____
Maria-Elena James
United States Magistrate Judge