Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiffs

**FILED**

AUG 19 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NICHOLAS ROMERO, a minor, by and through his Guardian ad Litem NICOLE ROMERO-VILLARRUEL; PAUL VILLARRUEL; NICOLE ROMERO-VILLARRUEL,<br>*Plaintiffs*,<br>v.<br>SCOTT HARRIS, a San Jose police officer; et al.,<br>*Defendants*. | No. CV 12-04322 EJD<br><br>STIPULATION TO CONTINUE SETTLEMENT CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties that the Settlement Conference in this matter, currently scheduled for August 22, 2013 at 9:00 a.m. in Courtroom 2 of this Court, be continued to August 30, 2013 at 9:00 a.m. in Courtroom 2.

Dated: 14 August 2013        /s/ Anthony Boskovich
                             ANTHONY BOSKOVICH
                             Attorney for Plaintiffs

Dated: August 14, 2013       /s/ Clifford Greenberg
                             CLIFFORD GREENBERG
                             Attorneys for Defendants

///

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - Case No. CV 12-04322 EJD        Page 1

## ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the Settlement Conference in this matter is continued from August 22, 2013 to August 30, 2013 at ~~9:00~~ 9:30 a.m. in Courtroom 2 of this Court.

Dated: 8/19/13

_____
MAGISTRATE HOWARD R. LLOYD

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - Case No. CV 12-04322 EJD   Page 2

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150