Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiffs

FILED
AUG 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

NICHOLAS ROMERO, a minor, by and through his Guardian ad Litem NICOLE ROMERO-VILLARRUEL; PAUL VILLARRUEL; NICOLE ROMERO-VILLARRUEL,
*Plaintiffs*,

v.

SCOTT HARRIS, a San Jose police officer; et al.,
*Defendants*.

No. CV 12-04322 EJD

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

IT IS HEREBY STIPULATED by and between the parties that the Settlement Conference in this matter, currently scheduled for August 22, 2013 at 9:00 a.m. in Courtroom 2 of this Court, be continued to August 30, 2013 at 9:00 a.m. in Courtroom 2.

Dated: 14 August 2013

/s/ Anthony Boskovich
ANTHONY BOSKOVICH
Attorney for Plaintiffs

Dated: August 14, 2013

/s/ Clifford Greenberg
CLIFFORD GREENBERG
Attorneys for Defendants

///

STIPULATION TO CONTINUE SETTLEMENT CONFERENCE - Case No. CV 12-04322 EJD          Page 1

## ORDER

Pursuant to stipulation of the parties, IT IS HEREBY ORDERED that the Settlement Conference in this matter is continued from August 22, 2013 to August 30, 2013 at ~~9:00~~ 9:30 a.m. in Courtroom 2 of this Court.

Dated: 8/19/13

_____
MAGISTRATE HOWARD R. LLOYD

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113 (408) 286-5150