**United States District Court**
For the Northern District of California

1

2                                    *E-FILED:  August 19, 2013*

3

4

5

6

7                          NOT FOR CITATION

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11   N.R., a minor, by and through his Guardian ad        No. C12-04322 EJD (HRL)
     Litem NICOLE ROMERO-VILLARRUEL;
12   PAUL VILLARRUEL; NICOLE ROMERO-                       **ORDER RE DEFENDANTS' REQUEST**
     VILLARRUEL,                                           **TO BE EXCUSED FROM SETTLEMENT**
13                                                         **CONFERENCE**
                    Plaintiffs,
14
        v.
15
     SCOTT HARRIS, a San Jose police officer;
16   SERGEANT DAVIS, a San Jose police officer;
     SERGEANT GRANT, a San Jose police officer;
17   LIEUTENANT WEGER, a San Jose police
     officer; ROBERT DAVIS, individually and in
18   his capacity as Chief of Police for the City of
     San Jose; CHRIS MOORE, individually and in
19   his capacity as Chief of Police for the City of
     San Jose; JOHN DOE and RICHARD ROE,
20   individually and in their capacities as San Jose
     police officers, the true names and exact
21   numbers of whom are unknown at this time;
     CITY OF SAN JOSE, a municipal corporation,
22
                    Defendants.
23   _____/

24         For good cause shown, defendants Lt. Weger, Sgt. Davis, Chief of Police Robert Davis,

25   and Chief of Police Chris Moore are excused from personal attendance at the August 30, 2013

26   settlement conference.  SO ORDERED.

27   Dated: August 19, 2013

28                                              _____
                                                HOWARD R. LLOYD
                                                UNITED STATES MAGISTRATE JUDGE

5:12-cv-04322-EJD Notice has been electronically mailed to:

Anthony Boskovich     policemisconduct@compuserve.com

Clifford S. Greenberg     cao.main@sanjoseca.gov

Steven B Dippell     cao.main@sanjoseca.gov

**United States District Court**
For the Northern District of California