*E-FILED: August 19, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| N.R., a minor, by and through his Guardian ad Litem NICOLE ROMERO-VILLARRUEL; PAUL VILLARRUEL; NICOLE ROMERO-VILLARRUEL,<br><br>        Plaintiffs,<br>  v.<br><br>SCOTT HARRIS, a San Jose police officer; SERGEANT DAVIS, a San Jose police officer; SERGEANT GRANT, a San Jose police officer; LIEUTENANT WEGER, a San Jose police officer; ROBERT DAVIS, individually and in his capacity as Chief of Police for the City of San Jose; CHRIS MOORE, individually and in his capacity as Chief of Police for the City of San Jose; JOHN DOE and RICHARD ROE, individually and in their capacities as San Jose police officers, the true names and exact numbers of whom are unknown at this time; CITY OF SAN JOSE, a municipal corporation,<br><br>        Defendants.<br>_____/ | No. C12-04322 EJD (HRL)<br><br>**ORDER RE DEFENDANTS' REQUEST TO BE EXCUSED FROM SETTLEMENT CONFERENCE** |

For good cause shown, defendants Lt. Weger, Sgt. Davis, Chief of Police Robert Davis, and Chief of Police Chris Moore are excused from personal attendance at the August 30, 2013 settlement conference. SO ORDERED.

Dated: August 19, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1. 5:12-cv-04322-EJD Notice has been electronically mailed to:
2. Anthony Boskovich     policemisconduct@compuserve.com
3. Clifford S. Greenberg     cao.main@sanjoseca.gov
4. Steven B Dippell     cao.main@sanjoseca.gov