IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| N. R., a minor, et. al., | CASE NO. 5:12-cv-04322 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| SCOTT HARRIS, et. al., | |
| Defendant(s). | |

On August 13, 2013, this court issued an Amended Case Management Order which scheduled a Preliminary Pretrial Conference for this action on January 31, 2014, and required the parties to file a Joint Preliminary Pretrial Conference Statement on or before January 21, 2014. See Docket Item No. 32. As of the date and time this order was filed, the parties have not complied as directed. Such non-compliance constitutes a violation of a court order.

Accordingly, the court hereby issues an order to show cause why this action should not be dismissed for failure to prosecute or for failure to comply with a court order. If Plaintiff does not, **by 4:00 p.m. on January 24, 2014,** file or cause to be filed a Joint Preliminary Pretrial Conference Statement which conforms to the undersigned's Standing Order or otherwise demonstrate good cause in writing why this case should not be dismissed, the court will dismiss the action with prejudice pursuant to Federal Rule of Civil Procedure 41(b). No hearing will be held on the order to show cause unless otherwise ordered by the court.

**IT IS SO ORDERED.**

Dated: January 23, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:12-cv-04322 EJD
ORDER TO SHOW CAUSE